Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
25A Crescent Dr. #402
Pleasant Hill, CA 94523
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorneys for Plaintiff*
*CRYSTAL REDICK*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PATINA GROUP, LLC., a Delaware Limited Liability Company; and DOES 1-50, Inclusive, <br><br> Defendant. | Case No.: 8:25-cv-02456-JWH <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT PATINA GROUP, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff CRYSTAL REDICK and Defendant PATINA GROUP, LLC ("Defendant" or "PATINA GROUP") have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: December 19, 2025                              By: */s/ Andrew J. Gramajo,*
                                                                         Andrew J. Gramajo, Esq.
                                                                              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

1
NOTICE OF SETTLEMENT

1 | I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**AJG LAW GROUP, PC.**

By: */s/ Andrew J. Gramajo*