1  Andrew J. Gramajo, Esq.
   AJG LAW GROUP, PC.
2  25A Crescent Dr. #402
   Pleasant Hill, CA 94523
3  Andrew@Ajglawgroup.us
   (415) 638-9140
4
   Attorneys for Plaintiff
5  CRYSTAL REDICK

6
   Pamela C. Huynh (SBN 334066)
7
8  SEYFARTH SHAW LLP
   601 South Figueroa Street, Suite 3300
9  Los Angeles, California 90017-5793

10 phuynh@seyfarth.com

11 Telephone: (213) 270-9600
   Facsimile: (213) 270-9601
12
13 Attorneys for Defendant

14 PATINA GROUP, LLC

15

16

17                 **UNITED STATES DISTRICT COURT**

18                 **CENTRAL DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PATINA GROUP, LLC., a Delaware Limited Liability Company; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 8:25-cv-02456-JWH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**<br><br>Complaint Filed: September 23, 2025<br>Trial Date: None<br>Magistrate Judge: Hon. Karen E. Scott<br>411 W 4th St #1-053, Santa Ana, CA 92701 |

20
21
22
23
24
25
26
27
28

1    Pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), IT IS STIPULATED by

2    and between plaintiff CRYSTAL REDICK and defendant PATINA GROUP, LLC (the "Parties")

3    that this action may be dismissed in its entirety with prejudice as to all parties. Each of the Parties

4    shall bear her/its own attorneys' fees, expert fees, and costs.

5

6                                                         Respectfully submitted,

7    DATED: February 9, 2026               AJG LAW GROUP, PC.

8

9

10                                                       By:  /s/ Andrew J. Gramajo
                                                              Andrew J. Gramajo

11                                                       Attorneys for Plaintiff
12                                                       CRYSTAL REDICK

13

14   DATED: February 9, 2026               SEYFARTH SHAW LLP

15

16                                                       By:  /s/ *Pamela C. Huynh*
17                                                              Pamela C. Huynh

18                                                       Attorneys for Defendant
                                                         PATINA GROUP, LLC
19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II)

1

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

2          Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Andrew J. Gramajo, do attest that all signatories

3    listed, and on whose behalf the filing is submitted, concur in the filing's content and have

4    authorized the filing.

5

6    Dated:  February 9, 2026                    By:  /s/ Andrew J. Gramajo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28